# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL CORBITT,<br><br>       Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF ESSEX COUNTY COLLEGE,<br><br>       Defendant. | Civil Action No.: 22-282 (CCC) (CLW)<br><br>**ORDER** |

This matter comes before the Court on plaintiff Michael Corbitt's ("Plaintiff") motion to remand this matter to state court. ECF No. 3. On September 1, 2022, Magistrate Judge Cathy L. Waldor issued a Report and Recommendation that Plaintiff's motion be granted. ECF No. 13. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Waldor's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 16th day of September, 2022,

**ORDERED** that this Court adopts Judge Waldor's September 1, 2022 Report and Recommendation that Plaintiff's motion to remand this matter to state court be granted; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED**.

                       s/ Claire C. Cecchi
                       **HON. CLAIRE C. CECCHI**
                       **United States District Judge**